## HORTON v. DOMINGUEZ.

### No. 11,178; October 14, 1885.

8 Pac. 273.

**Appeal.—A Transcript on Appeal is Filed Within the Time** prescribed by rule 2 of the supreme court if filed on August 5, 1885, where the notice of appeal was filed on June 3d of the same year, and the bill of exceptions settled on July 1st, and filed July 2d.

APPEAL from Superior Court, Ventura County.

Motion to dismiss appeal under rule 2 of the supreme court, which reads as follows:

"Rule 2. Transcript. The appellant in a civil action shall, within forty days after the appeal is perfected, and the bill of exceptions and the statement (if there be any) are settled, serve and file the printed transcript of the record, duly certified to be correct by the attorneys of the respective parties, or by the clerk of the court from which the appeal is taken."

The transcript in this case was filed August 5, 1885. The notice of appeal had been filed on June 3, 1885, and the bill of exceptions was settled on July 1, 1885, and filed July 2, 1885.

Hall & Hamer for appellant; Blackstock & Shepherd for respondents.

By the COURT.—The transcript was filed within the time prescribed by rule 2 of this court. The motion to dismiss the appeal is therefore denied.